**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>DAVID VAUGHN GRIFER | COURT CASE NUMBER<br>21-CV-3790 |
| DEFENDANT<br>BLANCHE CARNEY | TYPE OF PROCESS<br>~~CIVIL~~ S/C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BLANCHE CARNEY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7901 STATE ROAD, PHILADELPHIA PA 19136

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 2
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
DAVID VAUGHN GRIFER
TELEPHONE NUMBER
DATE 10/18/22

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 66
District to Serve No. 66
Signature of Authorized USMS Deputy or Clerk: M. Helesely
Date: 11/3/2022

☒ I hereby certify and return that I have legal evidence of service, the process described on the individual, company, corporation, etc., at the address shown above.

Name and title of individual served (if not shown above):
Milagros Colon, Data Clerk, City of Philadelphia Law Dept
Date: 11/4/22  Time: 3:03 ☒ pm

Address (complete only if different than shown above):
1515 Arch St.
Phila, PA 19102

Signature of U.S. Marshal or Deputy

Service Fee: 65.00

REMARKS
Process accepted via Electronic Service

United States Marshals Service
RECEIVED
NOV 3 - 2022
Eastern District of Pennsylvania

Form USM-285
Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| BAYFD v. GKFEE | 21-CV-3790 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| NANCY GIANETTE | ~~CIVIL~~ S/C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NACY GIANETTE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7901 STATE ROAD, PHILA, PA, 19136

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 2
- Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 10/19/22

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 66 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk | Date: 11/2/2022 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below).

Name and title of individual served (if not shown above):

Date: 11/7/22    Time: 10:55  ☒ am  ☐ pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

**REMARKS**

Spoke w/ Admin Staff at Phila Dept of prisons who advised that Nancy Gianetti retired about one year ago — No forwarding address provided